387 A.2d 922

Dannels et al., Appellants, v. Myers et al.

Argued April 14, 1977. David L. Gropp, with him Baldwin & Gropp, for appellants; David T. Mojock, with him Gamble & Verterano, for appellees.

Judgment affirmed.

WATKINS, former P. J., and VAN der VOORT, J., did not participate in the consideration or decision of this case.